UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re: )
FERNANDEZ MAYMI, CARLOS ) 08-06269 -SEK
SSN: XXX-XX-8354 ) Chapter 7
)
)
Debtor(s). )

# TRUSTEE INTERIM REPORT

The Trustee, hereby files his Individual Estate Property Record and Report (Form 1) for the six month reporting period ending 12/31/2009. This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property): This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs. Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values: Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets. Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs: Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment. This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset. Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Abandoned: If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset. An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a). An entry of "DA" indicates that the property will be abandoned at closing of the case under 11 U.S.C. 554 (c).

Column 5: Sales/Funds Received by the Estate: Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets: When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6. For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross** value. Actual liquidation value may differ as a result of market conditions at the time of sale. Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information: Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: February 8, 2010      Respectfully Submitted,

/s/ WIGBERTO LUGO-MENDER

WIGBERTO LUGO-MENDER, Chapter 7 Trustee
CENTRO INTERNACIONAL DE MERCADEO
RD 165 TORRE I SUITE 501
GUAYNABO, PR 00968
787-707-0404/ Fax 787-707-0412
E-Mail: wlugo@ecf.epiqsystems.com

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 08-06269 SEK Judge: SARA E. DE JESUS | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|
| Case Name: | FERNANDEZ MAYMI, CARLOS | Date Filed (f) or Converted (c): | 09/22/08 (f) |
| | | 341(a) Meeting Date: | 10/22/08 |
| For Period Ending: | 12/31/09 (3rd reporting period for this case) | Claims Bar Date: | 01/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 50% interest on residential property located at H-12 C/ del Oro 2B St Caguas Real Resort on Caguas | 862,600.00 | 113,096.00 | OA | 0.00 | FA |
| 2. 50% interest on residential apartment located at Cond Costa Esmeralda Ceiba #402 Macho Ward on Ceiba | 198,000.00 | 70,000.00 | | 0.00 | 70,000.00 |
| 3. 50% interest on commercial office located at Condado Moderno on Caguas | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Financial accounts- BPPR Checking and Saving Accounts Debtor Claimed 100% Exemption on Schedule C | 803.32 | 0.00 | DA | 0.00 | FA |
| 5. Financial accounts- Westernbank Debtor Claimed 100% Exemption on Schedule C | 2,633.00 | 0.00 | DA | 0.00 | FA |
| 6. Household goods and furnishing Debtor Claimed 100% Exemption on Schedule C | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Retirement Plans- Popular Business Debtor Claimed 100% Exemption on Schedule C | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Stock and Interest in Incorporated- GHMD Corp Debtor Claimed 100% Exemption on Schedule C | 803.32 | 0.00 | DA | 0.00 | FA |
| 9. Stock and Interest in Incorporated- Condado Pediatric PSC Debtor Claimed 100% Exemption on Schedule C | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Case No: 08-06269    SEK    Judge: SARA E. DE JESUS  
Case Name: FERNANDEZ MAYMI, CARLOS  
Trustee Name: WIGBERTO LUGO-MENDER  
Date Filed (f) or Converted (c): 09/22/08 (f)  
341(a) Meeting Date: 10/22/08  
Claims Bar Date: 01/20/09  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. Boats, motors and accesories<br>31' Chaparral Boat<br>Debtor Claimed 100% Exemption on Schedule C | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 18. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 21. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 22. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 23. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 24. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 26. Boats, motors and accesories<br>37' Silverton Convertible Boat<br>Debtor Claimed 100% Exemption on Schedule C | 215,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 27. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 28. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 29. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 30. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 31. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 32. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 33. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets  
TOTALS (Excluding Unknown Values)    $1,480,339.64    $183,096.00        $0.00    $70,000.00  
(Total Dollar Amount in Column 6)

LFORM1    Ver: 15.06b

Case No: 08-06269　SEK　Judge: SARA E. DE JESUS　　　Trustee Name: WIGBERTO LUGO-MENDER
Case Name: FERNANDEZ MAYMI, CARLOS　　　Date Filed (f) or Converted (c): 09/22/08 (f)
　　　341(a) Meeting Date: 10/22/08
　　　Claims Bar Date: 01/20/09

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee pursuing to sale real property [Potential equity]

Voided items due to power failure that cause systems error and duplicated several entries

Initial Projected Date of Final Report (TFR):  / /　　Current Projected Date of Final Report (TFR):  / /

　　/s/　　WIGBERTO LUGO-MENDER
_____ Date: 02/08/10
　　WIGBERTO LUGO-MENDER